UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEDRIC L. DANIELS,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>DAVE DAVEY,<br><br>　　　　　Respondent. | No. 1:15-cv-01211-DAD-MJS<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION TO GRANT MOTION TO STAY PETITION FOR WRIT OF HABEAS CORPUS<br><br>(Doc. Nos. 2, 6) |

　　　　Petitioner is a state prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

　　　　On August 5, 2015, petitioner filed the instant petition for writ of habeas corpus along with a motion to stay the petition to allow for the exhaustion of his claims in state court. (Doc. Nos. 1–2.) On September 22, 2015, the court issued findings and recommendations recommending that the motion be granted and that the matter be stayed pursuant to the decisions in *Kelly v. Small*, 315 F.3d 1063 (9th Cir. 2002) and *King v. Ryan*, 564 F.3d 1133 (9th Cir. 2009). (Doc. No. 6.)

　　　　In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), the undersigned has conducted a *de novo* review of the case. Having carefully reviewed the entire file, including

1

petitioner's objections[1], the court concludes that the magistrate judge's findings and recommendations are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The September 22, 2015 findings and recommendations (Doc. No. 6) are ADOPTED IN FULL;

2. Petitioner's motion for stay (Doc. No. 2) is granted, and the instant action shall be administratively stayed;

3. Petitioner is ordered to file an amended petition containing only claims already exhausted within thirty (30) days of the date of service of this order;

4. Petitioner is directed to file a motion to lift the stay within thirty (30) days of the California Supreme Court issuing a final order resolving petitioner's unexhausted claims; and

5. Petitioner is directed to file an amended habeas petition containing all claims, including newly exhausted claims, with his motion to lift the stay.

Petitioner is forewarned that failure to comply with this order may result the dismissal of the petition. *See* Local Rule 110.

IT IS SO ORDERED.

Dated:   **January 22, 2016**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

---

[1] In his objections petitioner states that he desires to include additional exhausted claims that were not set forth in his original federal petition when he files an amended petition following exhaustion. (Doc. No. 7.)  The court notes that petitioner is the master of his complaint (or petition in this case), and to the extent the additional claims he now refers to are properly exhausted, he is free to allege them in any amended petition he elects to file in this action. However, the court also notes that respondent will, thereafter, have the opportunity to present any applicable defenses to the new claims, including any argument that those claims should not relate back to the original petition under Federal Rule of Civil Procedure 15 or are otherwise untimely under the one-year statute of limitations provided for in the Antiterrorism and Effective Death Penalty Act of 1996, 28 U.S.C. § 2244(d).

3