UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEDRIC L. DANIELS,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>DAVE DAVEY,<br><br>　　　　Respondent. | 1:15-cv-01211-DAD-MJS (HC)<br><br>ORDER GRANTING PETITIONER'S SECOND MOTION FOR EXTENSION OF TIME TO FILE TRAVERSE<br><br>(Doc. 37)<br><br>30-DAY DEADLINE |

　　　　Petitioner is a state prisoner proceeding in a habeas corpus action pursuant to 28 U.S.C. § 2254.  On January 27, 2017, Petitioner filed a second motion to extend time to file a traverse.  Good cause having been presented to the Court, IT IS HEREBY ORDERED that Petitioner is granted thirty days from the date of service of this order in which to file a traverse.

IT IS SO ORDERED.

　　Dated:　February 1, 2017　　　　　　　　　/s/ *Michael J. Seng*
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1